UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 68.132.34.172,<br><br>Defendant. | Civil Action No. 2:19-cv-03040-PKC-RLM |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## <u>WITHOUT PREJUDICE OF JOHN DOE</u>

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 68.132.34.172. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 28, 2019          Respectfully submitted,

                                 By:   /s/ *Jacqueline M. James*
                                       Jacqueline M. James, Esq. (#1845)
                                       The James Law Firm, PLLC
                                       445 Hamilton Avenue, Suite 1102
                                       White Plains, New York 10601
                                       T: 914-358-6423
                                       F: 914-358-6424
                                       E-mail: jjames@jacquelinejameslaw.com
                                       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ <em>Jacqueline M. James</em><br>
Jacqueline M. James, Esq.